UNITED STATES DISTRICT COURT
FOR THE 1ST DISTRICT OF MASSACHUSETTS
BOSTON DIVISION

# 05 10518 RCL

F I L E D
Clerk's Office
USDC, Mass.
Date 3/18/05
By _F.C.M_
Deputy Clerk

MAGISTRATE JUDGE Alexander

|  |  |  |
|---|---|---|
| Tex-Mex Enterprise LLC. | ) | RECEIPT # 62891 |
| Plaintiff | ) | AMOUNT $ 250 |
| | ) | SUMMONS ISSUED Yes |
| v. | ) | LOCAL RULE 4.1 |
| | ) | WAIVER FORM |
| All-Pro | ) | MCF ISSUED |
| Defendant | ) | BY DPTY CLK Jam |
| | ) | DATE 3/18/05 |

Civil Action, File Number _____

## COMPLAINT AND JURY DEMAND

Plaintiff states:

1. Plaintiff is a company whose main place of business is in the State of Texas. Defendant is a company whose main place of business is in the State of Northbrook, Illinois. The Plaintiff and Defendant, both have a substantial amount of business transactions in the State of Massachusetts, sufficient to establish minimum contact and personal jurisdiction under this court. The matter in controversy exceeds, exclusive of interest and costs, the sum of $75,000.

2. On or about November 2003, Plaintiff and the defendant signed a contract.

3. The defendant obtained the original copy of the contract but did not provide the plaintiff with a copy.

4. The contract stated that defendant would subcontract and assign several facilities to plaintiff for janitorial services. Copies of the assigned facilities are annexed hereto as Exhibit A.

5. Under the provisions of the contract agreement, plaintiff was responsible for hiring, training and paying its employees who were assigned to the facilities listed in Exhibit A.

6. The defendant paid the plaintiff for services rendered from November 2003 until January 2005.

7. The defendant has not paid the plaintiff for services rendered since January 2005.

8. As of March 9th, 2005 the defendant owes the plaintiff $262,584.00.

9. The Plaintiff has made numerous demands for payment but defendant has ignored the plaintiff's demands.

10. The plaintiff continues to provide janitorial services to its assigned facilities in accordance with the November, 2003 agreement.

11. The defendant has breached the terms of the contract by failing to make payment for the assigned facilities.

12. The defendant was supposed to send the plaintiff payment on or about January 16th, 2005, but he never paid.

13. The defendant has also breached the terms of the agreement by taking over the plaintiff's employees without authority.

14. The defendant sent his supervisors to plaintiff's main office in Texas and to question plaintiff's employees in regards their names as well as their pay rate.

15. Plaintiff immediately confronted the defendant and asked him what he was doing and the defendant stated that he was going to pay the plaintiff's employees.

16. The defendant demanded that the plaintiff sign another contract with the defendant stating that he was exclusively working for his company only.

17. The plaintiff agreed to sign the defendant's contract but only if he paid the plaintiff first before paying the employees.

18. The defendant stated that he would pay the plaintiff first so long as the plaintiff signed the new contract.

19. The defendant said that he would send everybody checks, but once again he has failed to act in accordance with the new agreement as well.

20. The defendant has yet to send the plaintiff the new agreement to sign.

21. The defendant has created a hostile environment between the plaintiff and his employees.

22. The plaintiff's employees do not know whether to answer to the plaintiff or to the defendant.

23. Counsel for plaintiff has on numerous occasions requested that defendant submit a copy of the original signed contract as well as the new proposed contract to assist in plaintiff's case, however, defendant has ignored counsel's requests.

24. As a result of the defendant's breach of contract, plaintiff requests the following:
    a. Declare that under the Agreement, the defendant is obligated to pay the plaintiff for services rendered since January, 2005.
    b. Costs of suit; and
    c. Such other and further relief as this court may deem just and proper.

PLAINTIFF DEMANDS TRIAL BY JURY

Dated: March 15, 2005.

Samson Mparaganda, Esq
Mparaganda & Associates
Attorney's at Law
15 Alpine Lane, Suite 2
Chelmsford, MA 01824

## AFFIDAVIT OF TEX-MEX ENTERPRISE LLC.

I, Jose Acosta Hereby swear the following to be true:

1. I am the Chief Operating Officer of Tex-Mex LLC. Tex-Mex and I am authorized to conduct business on behalf of Tex-Mex.

2. Tex-Mex main place of business is in the State of Texas.

3. Tex-Mex has a substantial amount of business transactions in the State of Massachusetts, sufficient to establish minimum contact and personal jurisdiction under any court in Massachusetts.

4. On or about November 2003, I signed a contract with the defendant, All-Pro.

5. The defendant kept the original copy of the contract and was supposed to send a copy to Tex-Mex, but he still has not.

6. The contract stated that defendant would subcontract and assign several Facilities to Tex-Mex  for janitorial services. (Please refer to plaintiff's exhibit A.)

7. Further the contract stated that Tex-Mex was to be responsible for the hiring, training and paying of the employees who were to be assigned to the facilities.

8. The provisions of the contractual agreement were upheld until January 2005 when the defendant stopped paying Tex-Mex.

9. On numerous occasions Tex-Mex contacted the defendant and made demand for payment, but the defendant has still not paid Tex-Mex for any services rendered since January 2005.

10. As of March 9th, 2005 the defendant owes $262,584.00 to Tex-Mex for services rendered.

11. Currently Tex-Mex continues to provide janitorial services to its assigned facilities in accordance with the contract.

12. On January 16th, 2005 the defendant was supposed to make payment but he never did.

13. The defendant has sent his supervisors to Tex-Mex's main office in Texas and started asking the employees their salaries and what their names were.

14. I immediately confronted the defendant and asked him what he was doing and he said that he and not I was going to pay the employees.

15. The defendant then demanded that I sign another contact with him stating that he Tex-Mex was exclusively working for his company only.

16. Tex-Mex agreed to sign the defendant's contract but only if he paid me first before he paid the employees.

17. The defendant stated that he would send everybody checks, but the defendant never sent a new contract or checks.

18. Tex-Mex employees are confused because they don't know whether to answer to myself or to defendant.

19. The defendant refuses to send my attorney a copy of the original agreement and he refuses to send a copy of the new proposed contract.

20. Defendant has refused to send Tex-Mex any payments for services rendered.

Signed ___Jose Acosta_____  Date ___3/17/05___

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

1.  Title of case (name of first party on each side only) _Texmex Enterprise LLC, Plaintiff_
    _v  All-Pro, defendant_

2.  Category in which the case belongs based upon the numbered nature of suit code listed on the civil cover sheet.  (See local
    rule 40.1(a)(1)).

    [ ]   I.    160, 410, 470, R.23, REGARDLESS OF NATURE OF SUIT.

    [ ]   II.   195, 196, 368, 400, 440, 441-446, 540, 550, 555, 625, 710, 720, 730,    *Also complete AO 120 or AO 121
                740, 790, 791, 820*, 830*, 840*, 850, 890, 892-894, 895, 950.            for patent, trademark or copyright cases

    [X]   III.  110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310,
                315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371,
                380, 385, 450, 891.

    [ ]   IV.   220, 422, 423, 430, 460, 480, 490, 610, 620, 630, 640, 650, 660,
                690, 810, 861-865, 870, 871, 875, 900.

    [ ]   V.    150, 152, 153.

3.  Title and number, if any, of related cases.  (See local rule 40.1(g)).  If more than one prior related case has been filed in this
    district please indicate the title and number of the first filed case in this court.

4.  Has a prior action between the same parties and based on the same claim ever been filed in this court?
                                                                        YES [ ]      NO [X]

5.  Does the complaint in this case question the constitutionality of an act of congress affecting the public interest?   (See 28 USC
    §2403)
                                                                        YES [ ]      NO [X]
    If so, is the U.S.A. or an officer, agent or employee of the U.S. a party?
                                                                        YES [ ]      NO [ ]

6.  Is this case required to be heard and determined by a district court of three judges pursuant to title 28 USC §2284?
                                                                        YES [ ]      NO [ ]

7.  Do all of the parties  in this action, excluding governmental agencies of the united states and the Commonwealth of
    Massachusetts ("governmental agencies"),  residing in Massachusetts reside in the same division? -  (See Local Rule 40.1(d)).
                                                                        YES [ ]      NO [X]   _Both P and D_
                                                                                              _are out of state_
    A.    If yes, in which division do all of the non-governmental parties reside?               _residence, but_
                                                                                              _do business_
          Eastern Division  [ ]          Central Division  [ ]          Western Division  [ ]  _in MA_

    B.    If no, in which division do the majority of the plaintiffs or the only parties, excluding governmental agencies,
          residing in Massachusetts reside?

          Eastern Division  [ ]          Central Division  [ ]          Western Division  [ ]

8.  If filing a Notice of Removal - are there any motions pending in the state court requiring the attention of this Court?  (If yes,
    submit a separate sheet identifying the motions)
                                                                        YES [ ]      NO [ ]

(PLEASE TYPE OR PRINT)
ATTORNEY'S NAME   _Samson Mpa. Aragunda_
ADDRESS   _15   Alpine Lane   Suite 2, Chelmsford  MA  01824_
TELEPHONE NO.   _(978) 256-9152_

(CategoryForm.wpd - 2/15/05)

JS 44    (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
Texmex Enterprise LLC

**(b)** County of Residence of First Listed Plaintiff _____
(EXCEPT IN U.S. PLAINTIFF CASES)

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Msiburganda and Associates
Attorneys at law (978) 256
15 Maine Lane, Suite 2, Chelmsford MA 01752

## DEFENDANTS
All-Pro

County of Residence of First Listed Defendant  Cook County
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

Attorneys (If Known)

## II. BASIS OF JURISDICTION    (Place an "X" in One Box Only)

☐ 1  U.S. Government Plaintiff

☐ 2  U.S. Government Defendant

☐ 3  Federal Question
(U.S. Government Not a Party)

☒ 4  Diversity
(Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☒ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT    (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☒ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☒ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | | | |

## V. ORIGIN    (Place an "X" in One Box Only)

☒ 1 Original Proceeding

☐ 2 Removed from State Court

☐ 3 Remanded from Appellate Court

☐ 4 Reinstated or Reopened

☐ 5 Transferred from another district (specify)

☐ 6 Multidistrict Litigation

☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):

Brief description of cause:
Defendant breached contract by failing to make payment for services

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:  ☒ Yes  ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions):

JUDGE _____    DOCKET NUMBER _____

DATE  3/16/05

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT # _____    AMOUNT _____    APPLYING IFP _____    JUDGE _____    MAG. JUDGE _____

*Plaintiff Exhibit*

*A*

02-07-2005  6:08PM FAX 2103781RCL          BS 1973          2.002

<u>CUSTOMER ID</u>
All Pro Cleaning

**INVOICE# <u>4274</u>**

# TEX-MEX

## ENTERPRISE

**PAY PERIOD**                                          1/1/05 to 1/15/05

**SERVICE FEES DUE ON:**                                2/1/05

**DETAILED INVOICE INFORMATION**
**FOR JANITORIAL SERVICES**

| | | |
|---|---|---|
| 1. Great Escapes 12<br>Industrial Rd<br>Bowling Green KY | 6 DAYS | $459.00 |
| 2. Great Escape 10<br>2625 Scottville Rd<br>Bowling Ky 42104 | 6 DAYS | $ 459.00 |
| 3. AMC 12 clearwater & AMC 3 castle town<br>4016 E 82 nd<br>Indianapolis IN 46250 | | $2,242.00 |
| 4. AMC 20 NEW PORT<br>1 Levee way<br>New Port Ky 41071 | | $4,312.00 |
| 5. Great Escapes 10<br>10035 Towncountry blv<br>Noblesville IN   46060 | 6 DAYS | $620.00 |

Total    $8,092.00

BUS(214)869-1345
FAX(214)357-5413

3575 N BELT LINE#212
IRVING TX 75062

CUSTOMER ID
All Pro Cleaning

INVOICE# 4282

# TEX-MEX

## ENTERPRISE

PAY PERIOD

1/16/05 to 1/31/05

SERVICE FEES DUE ON:

2/16/05

DETAILED INVOICE INFORMATION
FOR JANITORIAL SERVICES

| | |
|---|---|
| 1.AMC 25 Empire 42 nd st New York   NY 10036 | $9,750.00 |
| 2.AMC 10 6500 J Springfield mall Springfield  Va 22150 | $2,242.00 |
| 3.AMC 15 22 Flutie Pass Framiham Ma 01701 | $4,840.00 |
| 4.CHELSEA CINEMA 9 & 2 260 W 23 Rd St New York  Ny 10011 | $2,415.00 |
| 5.AMC 12 Plymouth Meeting  494 West Germatown Pike Plymouth Pa 19462 | $2,410.00 |
| 6. AMC 8  O" NEALLS PHILY | $ 2,242.00 |
| Total | $ 23,899.00 |

BUS(214)277-2907
FAX(214)357-5413

3575 N BELT LINE#212
IRVING TX 75062

CUSTOMER ID
All Pro Cleaning

**INVOICE# 4283**

# TEX-MEX

## ENTERPRISE

PAY PERIOD                                                      1/16/05 to 1/31/05

SERVICE FEES DUE ON:                                           2/16/05

DETAILED INVOICE INFORMATION
FOR JANITORIAL SERVICES

1.AMC 30 Grapevine mills                                       $5,750.00
3150 Grapevine mills
Grapevine Tx 76051

2.AMC Parks At Arlington 18                                    $3,780.00
3861 South Cooper St
Arlington Tx 76015

3.AMC 20 TOWN CENTER                                           $4,830.00
11701 Nall Av
Leawood Ks  66211

4.AMC  24 BARRYWOODS                                           $5,520.00
8101 N Ronridge Rd
Kansas City    KS  64151

5.AMC 12 CLEARWATER &AMC 3 CASTLETOWN                          $2,242.00
4016 e 82nd
Indianapolis IN 46250

6.AMC 20 NEW PORT                                              $4,312.00
1 Levee way
New Port KY 41071

                                            Total   $26,434.00

BUS(214)277-2907                            3575 N BELT LINE#212
FAX(214)357-5413                            IRVING TX 75062

CUSTOMER ID
All Pro Cleaning

INVOICE# 4265

# TEX-MEX

## ENTERPRISE

PAY PERIOD

12/16/04 to 12/31/04

SERVICE FEES DUE ON:

1/16/05

DETAILED INVOICE INFORMATION
FOR JANITORIAL SERVICES

| | |
|---|---|
| 1. Great Escapes 12<br>Industrial Rd<br>Bowling Green KY | $1,150.00 |
| 2.Great Escape 10<br>2925 Scottville Rd<br>Bowling Ky 42104 | $ 1,150.00 |
| 3.AMC 12 clearwater & AMC 3 castle town<br>4016 E 82 nd<br>Indianapolis IN 46250 | $2,242.00 |
| 4.AMC 20 NEW PORT<br>1 Levee way<br>New Port Ky 41071 | $4,312.00 |
| 5.Great Escapes 10<br>10035 Towncountry blv<br>Noblesville IN    46060 | $1552.00 |
| | Total    $10,406.00 |

BUS(214)889-1346
FAX(972)513-1159

3575 N BELT LINE#212
IRVING TX 75062

CUSTOMER ID                                    INVOICE# 4266
All Pro Cleaning

# TEX-MEX

## ENTERPRISE

PAY PERIOD                                     12/16/04 to 12/31/04

SERVICE FEES DUE ON:                                1/16/05

DETAILED INVOICE INFORMATION
FOR JANITORIAL SERVICES


1.AMC 25 Empire                                        $9,750.00
42 nd  st
New York   NY 10036

2.AMC 10                                               $2,242.00
8300 J Springfield mall
Springfield  Va 22150

3.AMC 15                                               $4,840.00
22 Flutie Pass
Framiham Ma 01701

4.CHELSEA CINEMA 9 & 2                                 $2,415.00
280 W 23 Rd St
New York  Nv  10011

5.AMC 12 Plymouth Meeting                              $2,410.00
 494 West Germatown Pike
Plymouth Pa 19462

6. AMC 8  O'' NEALLS                                  $ 2,242.00
PHILY

_____            Total    $ 23,899.00

BUS(214)869-1345                         3575 N BELT LINE#212
FAX(972)513-1159                          IRVING TX 75062

**CUSTOMER ID**
All Pro Cleaning

**INVOICE# 4264**

# TEX-MEX

## ENTERPRISE

**PAY PERIOD**

12/16/04 to 12/31/04

**SERVICE FEES DUE ON:**

1/16/05

**DETAILED INVOICE INFORMATION**
**FOR JANITORIAL SERVICES**

| | |
|---|---|
| 1. AMC 16 Harbor lakes<br>12575 Elm Creek Blv<br>Maple Grove Mn 55369 | $2,932.00 |
| 2. AMC 16 Southdale<br>400 southdale center<br>Edina Mn 55435 | $3,622.00 |
| 3. MARCOS 16<br>7281 S 13 th st<br>Oak Creek WI 53154 | $ 2,242.00 |
| 4. MARCOS 10<br>6912 South 27 st<br>Oak Creek WI 53154 | $ 1,140.00 |
| 5. Regal Cinemas 16<br>3091 Vanroy<br>Appleton WI 54915 | $ 2,242.00 |
| 6. UA Pavillion 7<br>1855 w Country rd B2<br>Roseville Mn 55113 | $900.00 |
| Total | $13,078.00 |

BUS(214)869-1346
FAX(972)513-1159

3575 N BELT LINE #212
IRVING TX 75062

CUSTOMER ID
All Pro Cleaning

INVOICE# 4287

# TEX-MEX

## ENTERPRISE

PAY PERIOD

12/16/04 to 12/31/04

SERVICE FEES DUE ON:

1/16/05

DETAILED INVOICE INFORMATION
FOR JANITORIAL SERVICES

1.AMC 30 Grapevine mills
3150 Grapevine mills
Grapevine Tx 76051                                    $5,760.00

2.AMC Parks At Arlington 18
3861 South Cooper St
Arlington Tx 76015                                    $3,780.00

3.AMC 20 TOWN CENTER
11701 Nall Av
Leawood Ks  66211                                     $4,830.00

4.AMC  24 BARRYWOODS
8101 N Ronridge Rd
Kansas City    KS  64151                              $5,520.00

5.Kerasota Showplace 12
8633 Center Grove Rd
Edwardsville IL 62025                                 $2,242.00

6. SHOWPLACE 8 EAST
2945 S Dirksen Parkway
Springfield  IL 62703                                 $1,552.00

                                      Total   $23,674.00

BUS(214)869-1345
FAX(972)513-1159

3875 N BELT LINE#212
IRVING TX 75062

CUSTOMER ID
All Pro Cleaning

INVOICE# 4293

# TEX-MEX

## ENTERPRISE

PAY PERIOD                                    2/1/05 to 2/15/05

SERVICE FEES DUE ON:                              3/1/05

DETAILED INVOICE INFORMATION
FOR JANITORIAL SERVICES


1.AMC 25 Empire                                           $9,750.00
42 nd  st
New York   NY 10036

2.AMC 10                                                  $2,242.00
6500 J Springfield mall
Springfield  Va 22150

3.AMC 15                                                  $4,840.00
22 Flutie Pass
Framiham Ma 01701

4.CHELSEA CINEMA 9 & 2                                    $2,415.00
260 W 23 Rd St
New York  Nv  10011

5.AMC 12 Plymouth Meeting                                 $2,410.00
 494 West Germatown Pike
Plymouth Pa 19462

6. AMC 8  O" NEALLS                                       $ 2,242.00
PHILY

                                          Total   $ 23,899.00

BUS(214)277-2907                           3575 N BELT LINE#212
FAX(214)357-5413                           IRVING TX 75062

12 25 2005 01:27 FAX 2143375413

CUSTOMER ID
All Pro Cleaning

INVOICE# 4292

# TEX-MEX

## ENTERPRISE

PAY PERIOD

2/1/05 to 2/15/05

SERVICE FEES DUE ON:

3/1/05

DETAILED INVOICE INFORMATION
FOR JANITORIAL SERVICES

| | |
|---|---|
| 1. AMC 16 Harbor lakes<br>12575 Elm Creek Blv<br>Maple Grove Mn 55369 | $2,932.00 |
| 2. AMC 16 Southdale<br>400 southdale center<br>Edina Mn 55435 | $3,622.00 |
| 3. MARCOS 16<br>7261 S 13 th st<br>Oak Creek WI 53154 | $ 2,242.00 |
| 4. MARCOS 10<br>6912 South 27 st<br>Oak Creek WI 53154 | $ 1,140.00 |
| 5. U/A Pavillion 7<br>1655 w Country rd B2<br>Roseville Mn 55113 | $900.00 |
| Total | $10,836.00 |

BUS(214)277-2907
FAX(214)357-5413

3575 N BELT LINE#212
IRVING TX 75062

**CUSTOMER ID**
All Pro Cleaning

**INVOICE# 4294**

# TEX-MEX

## ENTERPRISE

**PAY PERIOD**                                      2/1/05 to 2/15/05

**SERVICE FEES DUE ON:**                                3/1/05

**DETAILED INVOICE INFORMATION**
**FOR JANITORIAL SERVICES**

| | |
|---|---|
| 1.AMC 30 Grapevine mills<br>3150 Grapevine mills<br>Grapevine Tx 76051 | $5,750.00 |
| 2.AMC Parks At Alington 18<br>3861 South Cooper St<br>Arlington Tx 76015 | $3,780.00 |
| 3.AMC 20 TOWN CENTER<br>11701 Nall Av<br>Leawood Ks  66211 | $4,830.00 |
| 4 AMC  24 BARRYWOODS<br>8101 N Ronridge Rd<br>Kansas City    KS 64151 | $5,520.00 |
| 5.AMC 12 CLEARWATER &AMC 3 CASTLETOWN<br>4016 e 82nd<br>Indianapolis IN 46250 | $2,242.00 |
| 6.AMC 20 NEW PORT<br>1 Levee way<br>New Port KY 41071 | $4,012.00 |

Total    $26,434.00

BUS(214)277-2907
FAX(214)357-5413

3575 N BELT LINE#212
IRVING TX 75062

<u>CUSTOMER ID</u>                                          INVOICE# <u>4277</u>
All Pro Cleaning

# TEX-MEX

## ENTERPRISE

PAY PERIOD                                                  1/1/05 to 1/15/05

SERVICE FEES DUE ON:                                        2/1/05

DETAILED INVOICE INFORMATION
FOR JANITORIAL SERVICES

<u>1.AMC 30 Grapevine mills</u>                                   $5,750.00
<u>3150 Grapevine mills</u>
<u>Grapevine Tx 76051</u>

<u>2.AMC Parks At Alington 18</u>                                 $3,780.00
<u>3861 South Cooper St</u>
<u>Arlington Tx 76015</u>

<u>3.AMC 20 TOWN CENTER</u>                                       $4,830.00
<u>11701 Nall Av</u>
<u>Leawood Ks  66211</u>

<u>4.AMC  24 BARRYWOODS</u>                                       $5,520.00
<u>8101 N Ronridge Rd</u>
<u>Kansas City    KS  64151</u>

<u>5.Kerasota Showplace 12</u>     <u>14 DAYS</u>                        $2,092.00
<u>6633 Center Grove Rd</u>
<u>Edwardsville IL 62025</u>

<u>6. SHOWPLACE 8 EAST</u>                                        
<u>2945 S Dirksen Parway</u>
<u>Springfield  IL 62703</u>        <u>14 DAYS</u>                        $1,448.00

                                           Total   $23,420.00

BUS(214)869-1345                           3575 N BELT LINE#212
FAX(214)357-5413                           IRVING TX 75062

CUSTOMER ID                                INVOICE# <u>4281</u>
All Pro Cleaning

# TEX-MEX

## ENTERPRISE

PAY PERIOD                                      1/16/05 to 1/31/05

SERVICE FEES DUE ON:                                  2/16/05

DETAILED INVOICE INFORMATION
FOR JANITORIAL SERVICES

1. AMC 16 Harbor lakes                              $2,932.00
12575 Elm Creek Blv
Maple Grove Mn 55369

2. AMC 16 Southdale                                 $3,622.00
400 southdale center
Edina Mn 55435

3.MARCOS 16                                        $ 2,242.00
7261 S 13 th st
Oak Creek WI 53154

4. MARCOS 10                                        $ 1,140.00
6912 South 27 st
Oak Creek Wi  53154

5. U/A Pavillion 7                                   $900.00
1655 w Country rd B2
Roseville Mn 55113

                                          Total    $10,836.00

BUS(214)277-2907                          3575 N BELT LINE#212
FAX(214)357-5413                             IRVING TX 75062

**CUSTOMER ID**
All Pro Cleaning

**INVOICE# 4276**

# TEX-MEX

## ENTERPRISE

**PAY PERIOD**                                     1/1/05 to 1/15/05

**SERVICE FEES DUE ON:**                          2/1/05

**DETAILED INVOICE INFORMATION
FOR JANITORIAL SERVICES**

1.AMC 25 Empire                                    $3,750.00
42 nd  st
New York    NY 10036

2.AMC 10                                           $2,242.00
6500 J Springfield mall
Springfield  Va 22150

3.AMC 15                                           $4,840.00
22 Flutie Pass
Framiham Ma 01701

4.CHELSEA CINEMA 9 & 2                             $2,415.00
260 W 23 Rd St
New York  Ny 10011

5.AMC 12 Plymouth Meeting                          $2,410.00
484 West Germatown Pike
Plymouth Pa 19462

6. AMC 8  O" NEALLS                                $ 2,242.00
PHILY

                                          Total    $ 23,899.00

BUS(214)869-1345                       3575 N BELT LINE#212
FAX(214)357-5413                       IRVING TX 75062

CUSTOMER ID
All Pro Cleaning

INVOICE# 4273

# TEX-MEX

## ENTERPRISE

PAY PERIOD                                          1/1/05 to 1/15/05

SERVICE FEES DUE ON:                                2/1/05

DETAILED INVOICE INFORMATION
FOR JANITORIAL SERVICES

| | |
|---|---|
| 1. AMC 16 Harbor lakes | $2,932.00 |
| buffer rental | $ 150.00 |
| 12575 Elm Creek Blv | |
| Maple Grove Mn 55369 | |
| 2. AMC 16 Southdale | $3,622.00 |
| 400 southdale center | |
| Edina Mn 55435 | |
| 3.MARCOS 16 | $ 2,242.00 |
| 7261 S 13 th st | |
| Oak Creek WI 53154 | |
| 4. MARCOS 10 | $ 1,140.00 |
| 8912 South 27 st | |
| Oak Creek WI 53154 | |
| 5.Regal Cinemas 16        14 days | $2,092.00 |
| 3091 Vanroy | |
| Appleton WI 54915 | |
| 6. U/A Pavillion 7 | $900.00 |
| 1655 w Country rd B2 | |
| Roseville Mn 55113 | |

Total    $13,078.00

BUS(214)869-1345
FAX(214)357-5413

3575 N BELT LINE#212
IRVING TX 75062