UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| TEX MEX ENTERPRISE, INC. | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 05 10518 RCL |
| ALL-PRO CLEANING SYSTEMS, INC., | ) |
| Defendant. | ) |

**NOTICE OF APPEARANCE**

TO THE CLERK OF THE ABOVE NAMED COURT:

Please enter our appearance as attorneys for Defendant, All-Pro Cleaning Systems, Inc., in the above-entitled case.

John Foskett, BBO No. 175540
DEUTSCH WILLIAMS BROOKS
 DERENSIS & HOLLAND, P.C.
99 Summer Street
Boston, MA 02110-1213
(617) 951-2300

ALL-PRO CLEANING SYSTEMS, INC.
By its attorneys,

_____
John Foskett, BBO No. 175540
DEUTSCH WILLIAMS BROOKS
 DERENSIS & HOLLAND, P.C.
99 Summer Street
Boston, MA 02110-1213
(617) 951-2300

J. Eric Vander Arend
GESSLER, HUGHES, SOCOL, PIERS,
 RESNICK & DYM, LTD.
70 West Madison Street
Suite 4000
Chicago, IL 60602

CERTIFICATE OF SERVICE
I hereby certify that a true copy of the above document was served upon the attorney of record for each party by first-class mail on this date.

Date: April 11, 2005