UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| TEX MEX ENTERPRISE, INC. )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ALL-PRO CLEANING SYSTEMS, INC., )<br>)<br>Defendant. ) | Civil Action No. 05 10518 RCL |

**DEFENDANT'S ASSENTED-TO MOTION TO EXTEND TIME TO PLEAD OR RESPOND BY THREE DAYS**

Pursuant to Fed. R. Civ. P. 6(b), defendant respectfully moves the court for an order enlarging the time within which it must plead or respond with respect to the Complaint by three days, to and including April 14, 2005. The grounds for this motion are that the parties are conferring pursuant to Local Rule 7.1(A)(2) with respect to the possible filing of a motion by defendant and that the additional time will enable the parties to determine whether the subject matter of the motion can be resolved. Plaintiff has assented to this motion.

ASSENTED-TO:

| TEX MEX ENTERPRISE, INC.<br>By its attorneys, | ALL-PRO CLEANING SYSTEMS, INC.<br>By its attorneys, |
|---|---|
| _Samson Mparaganda (JF)_ | _John Foskett_ |
| Samson Mparaganda | John Foskett, BBO No. 175540 |
| MPARAGANDA & ASSOCIATES | DEUTSCH WILLIAMS BROOKS |
| 15 Alpine Lane, Suite 2 | DERENSIS & HOLLAND, P.C. |
| Chelmsford, MA 01824 | 99 Summer Street |
| (978) 256-9152 | Boston, MA 02110-1213 |
|  | (617) 951-2300 |

J. Eric Vander Arend
GESSLER, HUGHES, SOCOL, PIERS,
  RESNICK & DYM, LTD.
70 West Madison Street
Suite 4000
Chicago, IL 60602

Date: April 11, 2005

DWLIB 179100v1
9999/01

**CERTIFICATE OF SERVICE**
I hereby certify that a true copy of the above document was served upon the attorney of record for each party by first-class mail/hand on this date.

2