UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS


**TEX-MEX ENTERPRISE**


V.                                          **CIVIL ACTION NO. 05-10518-RCL**


**ALL-PRO**


### ORDER OF TRANSFER

LINDSAY, D.J.

    The Court having allowed the Parties joint Motion to Transfer Case to United States District Court of Illinois on April 22, 2005; it is hereby ORDERED:

    Case transferred to the United States District Court of Illinois.


June 28, 2005

/s/ Lisa M. Hourihan
---------------------------
Deputy Clerk